ATHENS ELECTRIC RAILWAY COMPANY *v.* JACKSON *et al.*

BECK, J. 1. It not appearing that the trial judge abused his discretion in granting it, or that the law and facts require the verdict, this first grant of a new trial will not be disturbed. Civil Code, §5585.

2. This being the affirmance of the first grant of a new trial, pendente lite

exceptions will not be considered, as the case is still pending in the lower court. *Ogletree* v. *Livingston,* ante, 548.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent, and Atkinson, J., not presiding.*

Argued December 6, 1905.—Decided May 18, 1906.

Action for damages. Before Judge Russell. Clarke superior court. June 14, 1905.

*E. K. Lumpkin* and *Strickland & Green,* for plaintiff in error. *Robert S. Howard,* contra.